UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT KANSUPDA,<br><br>    Plaintiff,<br><br>v.<br><br>BAPTISTA DELIVERY SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 4:18-cv-02133-KAW<br><br>**ORDER REQUIRING PROPOSED ORDER AND CHAMBERS COPY**<br><br>Re: Dkt. Nos. 17, 19 |

On February 15, 2019, Plaintiff filed a motion for default judgment. (Dkt. No. 17.) On February 19, 2019, the Court issued an order stating that if Defendants failed to file an opposition by the deadline under Civil Local Rule 7, Plaintiff was to file and e-mail a proposed order by the reply deadline. (Dkt. No. 19.) The proposed order was to be structured as outlined in Attachment A to the February 19, 2019 order, and "include all relevant legal authority and analysis necessary to establish the case." *Id.*

As no opposition was filed, Plaintiff's proposed order was due by March 8, 2019. To date, Plaintiff has failed to submit the proposed order. Plaintiff has also failed to provide a chambers copy of the motion for default judgment. *See* Civil L.R. 5-1(d)(7); Westmore Standing Ord. ¶ 4. Accordingly, Plaintiff is ORDERED to file the proposed order, which must comply with the requirements of the February 19, 2019 order, and provide a chambers copy of the motion for default judgment by **March 22, 2019**.

IT IS SO ORDERED.

Dated: March 15, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge