UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT KANSUPDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAPTISTA DELIVERY SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 4:18-cv-02133-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 19 |

On February 15, 2019, Plaintiff filed a motion for default judgment. (Dkt. No. 17.) On February 19, 2019, the Court issued an order stating that if Defendant failed to file an opposition by the deadline under Civil Local Rule 7, Plaintiff was to file and e-mail a proposed order by the reply deadline. (Dkt. No. 19.) The proposed order was to be structured as outlined in Attachment A to the February 19, 2019 order, and "include all relevant legal authority and analysis necessary to establish the case." *Id.*

As no opposition was filed, Plaintiff's proposed order was due by March 8, 2019. Plaintiff did not, however, submit the proposed order or provide a chambers copy of the motion for default judgment. On March 15, 2019, the Court again ordered Plaintiff to file the proposed order and to provide a chambers copy of the motion for default judgment by March 22, 2019.

To date, Plaintiff has still failed to submit the proposed order or a chambers copy of the motion for default judgment. The Court ORDERS Plaintiff to show cause why Plaintiff should not be sanctioned for repeatedly failing to comply with Court orders by: (1) submitting the proposed order, (2) providing a chambers copy of the motion for default judgment, and

//

//

(3) explaining why Plaintiff has not complied with the Court's orders. Plaintiff's response is due by **April 5, 2019**.

IT IS SO ORDERED.

Dated: March 25, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge