UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT KANSUPDA,<br><br>    Plaintiff,<br><br>v.<br><br>BAPTISTA DELIVERY SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 4:18-cv-02133-KAW<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING REGARDING MOTION FOR DEFAULT JUDGMENT OR THE FILING OF THE FIRST AMENDED COMPLAINT**<br><br>Dkt. No. 17 |

Upon review of the moving papers and the operative complaint, the Court is concerned that the complaint may require amendment. Specifically, the Court has identified the following questions and concerns about the sufficiency of the complaint and the pending motion for default judgment:

1. In the complaint, the relevant time period of Plaintiff's employment is "[f]rom approximately November 2016 to February 2017 and from March 2016 to approximately April 21, 2017." (Compl., Dkt. No. 1 ¶ 10.) At least one of these date ranges appears to be in error, which is problematic due to the strict pleading standard on default.

2. There is no information provided regarding the aggrieved employees in the complaint. The motion for default judgment contains virtually no additional information aside from the fact that, at one time, there were purportedly four other employees. As a result, for several of the alleged PAGA violations, Plaintiff seeks penalties based on his damages alone. Can default judgment be entered on the PAGA claims if only Plaintiff's damages are ascertained, and, if so, would that bar other aggrieved employees from filing their own PAGA claims?

3. Since Plaintiff appears to have left Defendants' employ as of April 21, 2017, how can he adequately represent other aggrieved employees to obtain penalties based on 108 weeks

after February 3, 2017? (*See* Pl.'s Mot., Dkt. No. 17 at 12.) Also, what is the significance of February 3, 2017?

Accordingly, by May 10, 2019, Plaintiff may either (1) file a first amended complaint and withdraw the pending motion for default judgment, or (2) file a written response to this order that addresses these issues and cites to relevant legal authority. The hearing on the motion for default judgment is continued to June 20, 2019 at 1:30 p.m., 1301 Clay Street, Oakland, California.

Additionally, the case management conference scheduled for May 28, 2019 is continued to August 20, 2019 at 1:30 p.m., 1301 Clay Street, Oakland, California. The joint case management conference statement is due on or before August 13, 2019.

Plaintiff shall serve a copy of this order on Defendants via U.S. Mail, and file a certificate of service.

IT IS SO ORDERED.

Dated: April 25, 2019

KANDIS A. WESTMORE
United States Magistrate Judge