UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT KANSUPDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAPTISTA DELIVERY SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 4:18-cv-02133-KAW<br><br>**SECOND ORDER TO SHOW CAUSE TO PLAINTIFF; ORDER TO HOLD PENDING MOTION FOR ENTRY OF DEFAULT IN ABEYANCE; ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 52 & 53 |

　　　　On November 3, 2020, Plaintiff filed a second motion for entry of default. (Pl.'s 2d Mot., Dkt. No. 52.) Presumably, Plaintiff is seeking default on the second amended complaint, which was filed on June 19, 2020, and purportedly served on July 1, 2020. (2d Am. Compl., Dkt. No. 45; Certificates of Service, Dkt. Nos. 47 & 48; Pl.'s 2d Mot. at 2.)

　　　　Also on November 3, 2020, Plaintiff filed a contemporaneous case management statement informing the undersigned that "[t]he process server has had difficulty serving the amended Complaint. The Complaint will be served prior to the case management conference." (Dkt. No. 53 at 2.) Plaintiff filed a similar case management statement on August 19, 2020, which provided: "On June 9, 2020, Plaintiff filed his Second Amended Complaint. It was served, but it must be re-served because of an error in service." (Dkt. No. 50 at 2.) Despite these assertions regarding the errors in service, the second motion for entry of default states that service was completed on July 1, 2020. Due to this direct contradiction, the Clerk of Court is ordered to hold the pending motion for entry of default (Dkt. No. 52) in ABEYANCE pending further order of the Court.

　　　　Additionally, the November 10, 2020 case management conference is VACATED, and Plaintiff is ORDERED TO SHOW CAUSE by **November 20, 2020** why this case should not be dismissed for failure to prosecute due to the failure to properly effect service. Plaintiff shall also

explain the following:

1. Why Plaintiff filed a motion for default when, based on his other filings, service was defective, which would render the entering of default procedurally improper.
2. Why the apparent service issue has not been remedied in the past three months despite this issue existing as late as August 19, 2020.

This case was filed 2.5 years ago and has not progressed, giving the Court reason to believe that Plaintiff has not been diligent in prosecuting this case.

After reviewing the response to the order to show cause, the Court will determine whether a show cause hearing or case management conference is warranted or whether the case should be immediately reassigned to a district judge with the recommendation that it be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: November 6, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2