UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT KANSUPDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAPTISTA DELIVERY SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 4:18-cv-02133-KAW<br><br>**ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE; THIRD ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. Nos. 54, 55, 58, 59 |

**ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE**

On November 6, 2020, the Court issued a second order to show cause to Plaintiff to explain why this case should not be dismissed for failure to prosecute due to the failure to properly effect service. (Dkt. No. 54.) On November 20, 2020, Plaintiff's counsel filed a response and explained her mistake. (Dkt. No. 55.) The summons and proof of service were filed on December 4, 2020. (Dkt. No. 56.) Accordingly, the November 6, 2020 order to show cause is DISCHARGED.

**THIRD ORDER TO SHOW CAUSE**

On December 22, 2020, Plaintiff filed a third motion for entry of default. (Dkt. No. 58.) On December 23, 2020, the Clerk entered default against Defendants. (Dkt. No. 59.)

Since then, Plaintiff has not filed a motion for default judgment or any other documents in this case. This case was filed on April 9, 2018, which was more than three years ago, and has not appropriately progressed.

Accordingly, on or before **June 4, 2021,** Plaintiff is ORDERED TO SHOW CAUSE why this case should not be reassigned to a district judge with the recommendation that it be dismissed for failure to prosecute. Additionally, Plaintiff shall file a motion for default judgment on or

before **June 4, 2021.** The failure to both, respond to the order to show cause and file a motion for default judgment, will result in this case being reassigned with the recommendation that it be dismissed for failure to prosecute.

Alternatively, Plaintiff may file a voluntary dismissal.

IT IS SO ORDERED.

Dated: May 18, 2021

KANDIS A. WESTMORE
United States Magistrate Judge