UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT KANSUPDA,<br><br>        Plaintiff,<br><br>   v.<br><br>BAPTISTA DELIVERY SERVICES, LLC, et al.,<br><br>        Defendants. | Case No. 18-cv-02133-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S THIRD MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 74, 61 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation to Grant in Part and Deny in Part Plaintiff's Third Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Motion for Default Judgment is GRANTED in Part and DENIED in Part. The Court DENIES the Motion for Default Judgment as to the PAGA claims and penalties and DISMISSES those claims, and it orders the Clerk to enter judgment in accordance with the Report and Recommendation and close the file.

**IT IS SO ORDERED.**

Dated: June 22, 2022

                                          HAYWOOD S. GILLIAM, JR.
                                          United States District Judge